# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| JENNIFER LaCHAPELLE and PETER LaCHAPELLE,<br><br>                Plaintiffs,<br>vs.<br><br>NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>                Defendant. | Case No. 3:15-cv-00793-AWT<br>Hon. Alvin W. Thompson |

## STIPULATED ORDER DISMISSING THE LAWSUIT WITH PREJUDICE

This matter having come before the Court on the stipulation of the parties, as is evidenced by the signatures of their respective counsel below, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all claims against Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, are hereby dismissed, with prejudice, and without costs or attorneys' fees to any party.

**This is a final Order resolving the last pending claim and closing this case.**

HON.
U.S. District Judge

Date: _____

2

SO STIPULATED ON November 9, 2015:


*/s/ Gregory F. Arcaro*         */s/Geoffrey K. Milne*
Gregory F. Arcaro, Esq. 19781    Geoffrey K. Milne, Esq. ct12845
Upright Law                      Hunt Liebert Jcobson, P.C.
Attorney for Plaintiff           Attorney for Defendant